(C.R.D. 79–18)

AIRCO, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 76-3-00643

(Dated December 19, 1979)

*Frederick L. Ikenson* for the plaintiff.
*Alice Daniel*, Assistant Attorney General; *David M. Cohen*, Director, Commercial Litigation Branch (*Sheila N. Ziff* on the briefs), for the defendant.

RICHARDSON, Judge: Macalloy Corp., the successor to Airco, Inc., in Charleston, S.C., seeks to be substituted as party plaintiff in the above-mentioned action. The defendant opposed the substitution, contending in substance that because the transfer documents do not recite specifically that "a chose in action" is being transferred to Macalloy Corp. it cannot be substituted for Airco, Inc., in this litigation.

It is clear from plaintiff's exhibit A, "Agreement For Purchase and Sale of Assets," and exhibit D, "Bill of Sale" of Airco, Inc.'s plant

which was producing high-carbon ferrochrome at its Charleston, S.C., facility; exhibit 1, "Affidavit of Angelo N. Tarallo, Assistant Vice President of Airco, Inc."; exhibit 2, "Affidavit of Hanno D. Mott, Secretary and Director of Macalloy Corp."; and the other exhibits submitted by counsel for Airco, Inc., that the right of Macalloy Corp., to be substituted for Airco, Inc., in this action was included in the bill of sale.

The bill of sale recites "that all assets * * * whether now owned or hereafter acquired, whether tangible or intangible, * * * are sold to the purchaser." A company's claim being made in pending litigation at the time the company is sold is an intangible asset. Exhibit G to the agreement for purchase and sale specifically mentions this litigation.

Mr. Tarallo of Airco, Inc., in his affidavit, states that he was a principal negotiator and draftsman for Airco, Inc., of the agreement of sale and "that (1) it was the intent of Airco, Inc., to convey its interest, rights, and obligations in this litigation, subject to the court's approval, to Macalloy Corp. and to no one else; and (2) Airco, Inc., has not retained any ferrochrome inventory or other interest in, ferrochrome. Airco, Inc., is not at this time a manufacturer, wholesaler, or producer of ferrochrome."

Mr. Mott of Macalloy Corp., in his affidavit, asserts that "* * * it was the clear intent of the parties that all of the assets, properties, and business of Airco's Charleston operation, whether tangible or intangible * * * were to be conveyed and transferred by Airco to Macalloy. * * * Among the assets to be transferred to Macalloy were all of Airco's rights and interest in the above-captioned litigation."

The excerpts from the above-mentioned exhibits make it clear that the documents of transfer purported to transfer and it was intent of the seller and purchaser to transfer from Airco, Inc., to Macalloy Corp. all of Airco, Inc.'s rights and interest in this litigation and that it is appropriate that Macalloy Corp. be substituted for Airco, Inc.. as party plaintiff.

# ABSTRACTS OF CUSTOMS COURT DECISIONS

## Protests

The following abstracts of decisions of the United States Customs Court at New York are published for the information and guidance of officers of the customs and others concerned.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/116 | Watson, J. July 9, 1979 | L. Batlin & Son Inc. | 66/41688, etc. | Item 748.20 28% | Item 772.15 17% | Armbee Corporation et al. v. U.S. (C.D. 3278) Zunold Trading Corporation et al. v. U.S. (C.D. 3279) | New York Shower curtain hooks or holders, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/117 | Watson, J. July 9, 1979 | Zunold Trading Corp. | 66/21283-A, etc. | Item 748.20 28% (items marked "A" and "B") | Item 774.60 17% (items marked "A" and "B") | Armbee Corporation et al. v. U.S. (C.D. 3278); Zunold Trading Corporation et al. v. U.S. (C.D. 3279) (items marked "A") Joseph Markovits, Inc. v. U.S. (C.D. 4396) (items marked "B") | New York Artificial flowers, etc. (items marked "A"); ferns (items marked "B") |
| P79/118 | Boe, J. July 9, 1979 | International Mercantile Corp. | 69/51331, etc. | Item 544.51 26.5% | Item 688.40 9% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | San Diego Make-up mirror with lights |
| P79/119 | Boe, J. July 9, 1979 | New York Merchandise Co., Inc. | 69/31964, etc. | Item 544.51 29.5% or 26.5% | Item 688.40 10% or 9% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | San Diego Make-up mirror with lights |
| P79/120 | Landis, J. July 17, 1979 | C. H. Powell Company | 75-10-02687 | Item 332.40 15% | Item 355.65 8.5% | Bruce Duncan Co., Inc. v. U.S. (C.D. 4736) | Boston Woven fabrics coated with polyamide dots |
| P79/121 | Landis, J. July 17, 1979 | C. H. Powell Company | 76-3-00850 | Item 332.40 15% | Item 355.65 8.5% | Bruce Duncan Co., Inc. v. U.S. (C.D. 4736) | Boston Woven fabrics coated with polyamide dots |
| P79/122 | Landis, J. July 17, 1979 | C. H. Powell Company | 76-3-00851 | Item 332.40 15% | Item 355.65 8.5% | Bruce Duncan Co., Inc. v. U.S. (C.D. 4736) | Boston Woven fabrics coated with polyamide dots |
| P79/123 | Landis, J. July 17, 1979 | C. H. Powell Company | 76-9-01984 | Item 332.40 15% | Item 355.65 8.5% | Bruce Duncan Co., Inc. v. U.S. (C.D. 4736) | Boston Woven fabrics coated with polyamide dots |

| | Judge / Date | Plaintiff | Entry No. | Item / Rate | Item / Rate | Citation | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| P79/124 | Watson, J. July 26, 1979 | Corham Artificial Flower Co. | 72-7-01577 | Item 748.20 28%, 26.5%, 25%, 23.5%, 22% or 21% | Item 774.60 13.5% or 11.5% | Armbee Corporation et al. v. U.S. (C.D. 3278) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) Joseph Markovits, Inc. v. U.S. (C.D. 4396) | Los Angeles Artificial flowers, etc. |
| P79/125 | Watson, J. July 27, 1979 | Seaway Importing Company | 77-1-00090 | Item 389.60 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | San Francisco Backpacking tents |
| P79/126 | Watson, J. July 27, 1979 | Sunshine Cover & Tarp, Inc. | 78-11-01940 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Los Angeles Backpacking tents |
| P79/127 | Watson, J. July 27, 1979 | World Famous Sales | 76-2-00444 | Item 389.60 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Chicago Backpacking tents |
| P79/128 | Boe, J. July 27, 1979 | New York Merchandise Co., Inc. | 75-12-03260 | Item 544.51 17.5% | Item 688.40 5.5% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | San Diego E3/1467 plastic mirror lites in vinyl pouches; electrical articles |
| P79/129 | Boe, J. July 27, 1979 | Sun Coast Merchandise Corp. | 72-2-00274 | Item 544.51 23.5% | Item 688.40 8% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | Los Angeles MG-483 plastic frame portable lite mirrors, electrical articles |
| P79/130 | Ford, J. July 30, 1979 | The Wing On Company, Inc. | 76-6-01348 | Item 653.37 9.5% | Item 653.35 5% | U.S. v. Morris Friedman & Co. (C.A.D.'s 1156, 1157) | San Francisco Brass candlesticks |
| P79/131 | Watson, J. July 30, 1979 | M. Adler's Son, Inc. | 73-3-00764 | Item 748.20 28%, 26.5%, 25%, 23.5%, 22% or 21% | Item 774.60 8.5% | Armbee Corporation et al. v. U.S. (C.D. 3278) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) Joseph Markovits, Inc. v. U.S. (C.D. 4396) | New York Artificial flowers, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/132 | Watson, J. July 30, 1979 | World Famous Sales Co. | 76-11-02503, etc. | Item 389.60 25¢ per lb.+ 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Chicago Backpacking tents |
| P79/133 | Newman, J. July 30, 1979 | Huk-A-Poo Sportswear, Inc. | 78-9-01681 | Item 382.81 27.5%+25¢ per lb. | Exempt from duty | Agreed statement of facts | New York Women's woven shirts of manmade fibers; products of Guam |
| P79/134 | Boe, J. July 30, 1979 | Clairol, Inc. | 76-5-01129, etc. | Items 544.51/ 807.00 17.5% upon full value of merchandise less cost or value of prefabricated U.S. manufactured components | Items 688.40/ 807.00 5.5% upon full value of imported merchandise, less cost or value of prefabricated U.S. manufactured components found applicable upon liquidation of merchandise | The Englishtown Corporation v. U.S. (C.A.D. 1187) | New York Electrical makeup appliances incorporating mirrors, lights and other features (models [C]LM2, LM8 and [C]LM5) |
| P79/135 | Boe, J. July 30, 1979 | New York Merchandise Co., Inc. | 69/51822, etc. | Item 544.51 26.5% | Item 688.40 9% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | San Diego K1/247 illumination cosmetic mirrors with stands, battery operated; or car visor mirrors with 2 bulbs; electrical articles |

| No. | Judge / Date | Importer | Protest No. | Classified | Claimed | Case Cited | Location / Description |
|---|---|---|---|---|---|---|---|
| P79/136 | Watson, J. July 31, 1979 | Hartfield-Zody's, Inc. | 77-3-00386 | Item 389.60 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Los Angeles. Nylon tents |
| P79/137 | Watson, J. July 31, 1979 | M. Adler's Son, Inc. | 71-4-00021 | Item 748.20 28%, 26.5%, 25%, 23.5%, 22% or 21% | Item 774.60 11.5% | Armbee Corporation et al. v. U.S. (C.D. 3278) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) Joseph Markovits, Inc. v. U.S. (C.D. 4396) | New York. Artificial flowers, etc. |
| P79/138 | Watson, J. July 31, 1979 | Joseph Markovits, Inc. | 72-5-01177, etc. | Item 748.20 28%, 26.5%, 25%, 23.5%, 22% or 21% | Item 774.60 10% or 8.5% | Armbee Corporation et al v. U.S. (C.D. 3278) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) Joseph Markovits, Inc. v. U.S. (C.D. 4396) | New York. San Francisco. Artificial flowers, etc. |
| P79/139 | Watson, J. July 31, 1979 | Mobay Chemical Corp. | 76-2-00389, etc. | Item 405.25 9% + 1.4¢ per lb. | Item 494.60 2.5% | Naftone, Inc. v. U.S. (C.D. 4578, aff'd C.A.D. 1166) | New York. Desmocoll 400 and other grades of Desmocoll; hydroxylated polyurethane products |
| P79/140 | Watson, J. July 31, 1979 | Seaway Importing Co. et al. | 75-9-02278, etc. | Item 389.60 25¢ per lb. +15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | San Francisco. Backpacking tents |
| P79/141 | Maletz, J. July 31, 1979 | Lloyd's Electronics Int'l. | 78-7-01312, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Los Angeles. T.V. Game Player Machines |
| P79/142 | Newman, J. July 31, 1979 | Associated Merchandising Corp. | 75-8-01997, etc. | Item 653.37 13%, 11% or 9.5% | Item 635.35 7%, 6% or 5% | U.S. v. Morris Friedman & Co. (C.A.D.'s 1156, 1157) | New York. Brass candlesticks or candleholders |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/143 | Watson, J. August 2, 1979 | Entex Industries | 78-3-00516, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Los Angeles T.V. Game Player Machines |
| P79/144 | Newman, J. August 2, 1979 | Hallmark Cards, Incorporated | 75-5-01231 | Item 737.90 17.5% | Item 737.52 Free of duty | Summary judgment | Kansas City (St. Louis) Flip books |
| P79/145 | Watson, J. August 15, 1979 | Marubeni America Corp. | 75-4-00896 | Item 685.30 6.5% | Item 678.50 5% | Montgomery Ward & Co. v. U.S. (C.D. 4573) | New York Mida Brand Radio Receiver with 8-Track Player (model No. 2071Z) |
| P79/146 | Maletz, J. August 15, 1979 | APF Electronics Inc. | 78-3-00380, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Los Angeles T.V. Games |
| P79/147 | Maletz, J. August 15, 1979 | APF Electronics Inc. | 78-11-02068, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Los Angeles T.V. Games |
| P79/148 | Newman, J. August 15, 1979 | John P. O'Hara, Jr. | 78-12-02275 | Item 534.94 70%—col. 2 rate claimed inapplicable by plaintiff | Classification affirmed; action dismissed | Judgment on the pleadings | Oakland Two ceramic horses imported from the People's Republic of China |
| P79/149 | Boe, J. August 15, 1979 | New York Merchandise Co., Inc. | 72-3-00527, etc. | Item 544.51 20.5% or 23.5% | Item 688.40 6.5% or 8% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | Portland, Oreg.; San Diego Make-up mirrors with lights |

| | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P79/150 | Re, C.J. August 23, 1979 | Marubeni American Corp. | 75-8-02013 | Item 692.35 5.5% | Item 692.30 Free of duty | | Los Angeles Parts of tractors suitable for agricultural use |
| P79/151 | Watson, J. August 23, 1979 | Hub Floral Corporation | 72-10-02197 | Item 748.20 28%, 25%, 23.5% or 22% | Item 774.60 17%, 13.5%, 11.5% or 10% | Armbee Corporation et al. v. U.S. (C.D. 4378) Zunold Trading Corporation et al. v. U.S. (C.D. 3279) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) | Boston Artificial flowers, etc. |
| P79/152 | Maletz, J. August 23, 1979 | APF Electronics Inc. | 78-2-00320 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Honolulu T.V. Games |
| P79/153 | Maletz, J. August 23, 1979 | John V. Carr & Son, Inc.; Pacear Inc., d/b/a Dynacraft Company | 72-10-02148 | Item 772.65 5% Item 948.00 10% additional duty pursuant to Pres. Proc. 4074 | Item 772.66 Free of duty | John V. Carr & Son, Inc, et al. v. U.S. (C.D. 4662) | Port Huron (Detroit) Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/154 | Watson, J. August 30, 1979 | Veneteanaire Corp. of America | 67/37883, etc. | Item 748.20 28% | Item 772.15 17% | Armbee Corporation et al. v. U.S. (C.D. 3278) Zunold Trading Corporational et al. v. U.S. (C.D. 3279) | New York Shower curtain hooks or holders in c.v. of plastic |
| P79/155 | Maletz, J. August 30, 1979 | Amico, Inc. | 73-11-03156, etc. | Item 737.80 22% Item 737.20 17.5% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | Philadelphia Music boxes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/156 | Maletz, J. August 30, 1979 | John V. Carr & Son, Inc.; Paccar Inc., d/b/a Dynacraft Company | 72-10-02167, etc. | Item 772.65 4% or 5% Item 948.00 10% additional duty pursuant to Pres. Proc. 4074 | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Port Huron (Detroit) Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/157 | Maletz, J. August 30, 1979 | John V. Carr & Son, Inc.; Paccar Inc., d/b/a Dynacraft Company | 73-6-01401, etc. | Item 772.65 4% or 5% | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Port Huron (Detroit) Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/158 | Maletz, J. August 30, 1979 | John V. Carr & Son, Inc.; Paccar Inc., d/b/a Dynacraft Company | 74-7-01691, etc. | Item 772.65 4% | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Port Huron (Detroit) Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/159 | Boe, J. September 6, 1979 | Clairol, Inc. | 75-9-02271, etc. | Items 544.51/ 807.00 20.5% or 17.5% upon full value of merchandise less cost or value of prefabricated U.S. manufactured components | Items 688.40/ 807.00 6.5% or 5.5% upon full value of imported merchandise described as model LM4 imported in 1971 and entered in | The Englishtown Corporation v. U.S. (C.A.D. 1187) | New York Electrical makeup appliances incorporating mirrors, lights and other features (models LM1, [C]LM2, [C]LM3, LM4, [C]LM5) |

Item 544.51 20.5% or 17.5% upon full value of merchandise

1972; upon full value of imported merchandise, less cost or value of pre-fabricated U.S. manu-factured components contained in models [C]LM2, [C]LM3, LM4 imported in 1973, and [C]LM5 which were found appli-cable upon liquidation of merchandise; and upon full value of im-ported mer-chandise, less cost or value ($1.45224 and $1.38605 each, respectively) of prefabri-cated U.S. components contained in models LM1 and [C]LM3 imported in 1971

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/160 | Watson, J. September 11, 1979 | Rice Bayersdorfer Co. | 67/3412-S | Item 748.20 28% | Item 774.60 17% | Armbee Corporation et al. v. U.S. (C.D. 3278) Zunold Trading Corporation et al. v. U.S. (C.D. 3279) | Philadelphia Artificial flowers, etc. |
| P79/161 | Maletz, J. September 20, 1979 | APF Electronics, Inc. | 79-1-00108, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | New York "T.V. Games" |
| P79/162 | Richardson, J. September 24, 1979 | Parker-Hannifin Corp. | 70/64063 | Item 649.43 27% | Item 800.00 Free of duty | Agreed statement of facts | Cleveland American goods returned; tools |
| P79/163 | Watson, J. September 24, 1979 | Bar-Zel Expediters, Inc., a/c Alpha Sales Co., Inc. | 74-6-01584 | Item 389.60 25¢ per lb.+ 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4645) | New York Nylon tents |
| P79/164 | Maletz, J. September 24, 1979 | APF Electronics Inc. | 78-1-00080 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | New York "T.V. Games" |
| P79/165 | Maletz, J. September 24, 1979 | John V. Carr & Son, Inc.; Paccar Inc., d.b.a. Dynacraft Company | 76-7-01744, etc. | Item 772.65 4% | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Port Huron (Detroit) Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/166 | Maletz, J. September 24, 1979 | John V. Carr & Son, Inc.; Paccar Inc., d.b.a. Dynacraft Company | 77-8-01806 | Item 772.65 4% | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Detroit Various types of hose; Canadian articles and original motor-vehicle equipment |

| | | | | | | |
|---|---|---|---|---|---|---|
| P79/167 | Richardson, J. September 27, 1979 | Almac Industries Ltd. | 77-10-04381 | Item 945.69 25% | Item 692.27 4% (trailers) Truck-tractors are instruments of international traffic and not dutiable | Agreed statement of facts | Champlain-Rouses Point (Ogdensburg) Automobile trailers imported from Canada pulled by automobile truck-tractors of American origin |
| P79/168 | Watson, J. September 27, 1979 | Hub Floral Corporation | 73-9-02583 | Item 748.20 26.5%, 22% or 21% | Item 774.60 15%, 10% or 8.5% | Armbee Corporation et al. v. U.S. (C.D. 3278) Zunold Trading Corporation et al. v. U.S. (C.D. 3279) First American Artificial Flowers, Inc. v. U.S. (C.D. 4185) | Boston Artificial flowers, etc. |
| P79/169 | Maletz, J. September 27, 1979 | Dynacraft Corporation (correctly designated Paccar Inc., d.b.a. Dynacraft Company) | 70/64074, etc. | Item 772.65 5.5% | Item 772.66 Free of duty | John V. Carr & Son, Inc., et al. v. U.S. (C.D. 4652) | Detroit Various types of hose; Canadian articles and original motor-vehicle equipment |
| P79/170 | Richardson, J. October 4, 1979 | F. W. Woolworth Co. | 77-4-00663 | Item 748.20 21% | Item A748.20 Free of duty | Agreed statement of facts | San Francisco Articles ("fruit string assortment") produced within Hong Kong |
| P79/171 | Richardson, J. October 4, 1979 | F. J. Strauss Co., Inc. | 77-12-04901 | Item 737.95 17.5% | Item A737.80 Free of duty | Agreed statement of facts | New York Straco gyro-powered speedboats imported from Hong Kong |
| P79/172 | Richardson, J. October 10, 1979 | Harben Company | 74-8-02289, etc. | Items 651.75/ 772.80 10¢ per lb. + 8.5% | Items 651.75/ 651.31 11% | Agreed statement of facts | Chicago Screwdriver sets |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/173 | Richardson, J. October 10, 1979 | Sumitomo Shoji America, Inc. | 78-11-01974 | Item 692.35 5.5% | Item 692.30 Free of duty | Agreed statement of facts | Chicago Link draft forgings; parts of tractors for agricultural use |
| P79/174 | Maletz, J. October 10, 1979 | Shayne Knitwear, Inc. | 77-3-00474 | Item 382.58 37.5¢ per lb.+20% (blouses and pants) Item 791.75 6% (jackets) | Item 791.75 6% Dutiable as entireties on basis of export value; said value is invoice unit price | J. C. Penney Purchasing Corporation v. U.S. (C.D. 4671) | New York Ladies three-piece sets (jackets, blouses and pants); entireties |
| P79/175 | Maletz, J. October 10, 1979 | Shayne Knitwear, Inc. | 77-9-03777 | Item 382.50 37.5¢ per lb.+20% (blouses and pants) Item 791.75 6% (jackets) | Item 791.75 6% Dutiable as entireties on basis of export value; said value is invoice unit price | J. C. Penney Purchasing Corporation v. U.S. (C.D. 4671) | New York Ladies three-piece sets (jackets, blouses and pants); entireties |
| P79/176 | Re, C.J. October 18, 1979 | Olympia Sports Co. Inc. | 76-9-02195 | Item 705.85 or 705.35 15% (items marked "A") Item 705.50 25% (items marked "B") | Item 735.05 7.5% (items marked "A" and "B") | Agreed statement of facts (items marked "A") David E. Porter v. U.S. (C.D. 4641) (items marked "B") | New York Men's cowhide ski mittens, style No. 5008 (items marked "A") Leather gloves, style Nos. 600 and 604 (items marked "B") |

| | Judge, Date | Party | Docket No. | | | | |
|---|---|---|---|---|---|---|---|
| P79/177 | Watson, J. October 18, 1979 | Cabot Corp., C. H. Powell Co., Stellite Div. of Cabot Corp. | 77-4-00660 | Item 689.07 7.5% | Items 629.05/ 911.12 Free of duty | Agreed statement of facts | Boston Tantalum materials and articles of metal; secondhand or waste or refuse, fit only for use in manufacture of chemicals |
| P79/178 | Maletz, J. October 18, 1979 | Coleco Industries, Inc. | 78-2-00246, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Albany (New York) Pistol assemblies for Telstar T.V. games |
| P79/179 | Maletz, J. October 18, 1979 | Mim Lador, Inc. | 79-5-00896 | Item 737.80 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | New York Music boxes with earthen see-saw figurines, etc. |
| P79/180 | Watson, J. October 19, 1979 | Mobay Chemical Co. | 75-3-00716 | Item 405.25 9%+1.4¢ per lb. | Item 494.60 2.5% | Naftone, Inc. v. U.S. (C.D. 4578, aff'd C.A.D. 1166) | San Francisco Desmocoll 400, etc. |
| P79/181 | Watson, J. October 23, 1979 | World Famous Sales Co. et al. | 76-8-01904, etc. | Item 689.60 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v U.S. (C.D. 4648) | Seattle Nylon backpacking tents |
| P79/182 | Newman, J October 23, 1979 | Korvettes, Division of Arlen Realty and Development Corp. | 77-11-04588 | Item 737.20 17.5% | Item 688.40 5.5% | Janex Corp. v. U.S. (C.D. 4748) | New York "Raggedy Ann and Andy Nite Timers" |
| P79/183 | Watson, J. October 25, 1979 | Fairfield Gloves, Co. | 76-3-00546 | Item 705.86 35% | Item 705.85 15% | Agreed statement of facts | Los Angeles Gloves of rubber or plastics with textile fabrics fourchettes |
| P79/184 | Watson, J. October 25, 1979 | World Famous Sales Co. | 76-3-00714 | Item 389.60 25¢ per lb.+ 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Los Angeles Nylon backpacking tents |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/185 | Maletz, J. October 25, 1979 | Amico, Inc., Div. of LCA | 76-3-00802 | Item 737.80 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | Philadelphia Musical kissing angels, boy and girl |
| P79/186 | Watson, J. October 29, 1979 | California Merchandise Co. | 77-7-01247 | Item 790.70 7% | Item A790.70 Free of duty | Judgment on the pleadings | Los Angeles Human hair wigs |
| P79/187 | Watson, J. October 29, 1979 | Creative Playthings, Division of Columbia Broadcasting System, Inc. | 76-5-01064 | Item 737.90 17.5% | Item 737.55 10.5% | Judgment on the pleadings Creative Playthings, Division of Columbia Broadcasting System, Inc. v. U.S. (C.D. 4754) | New York Toy cloth blocks or bricks |
| P79/188 | Boe, J. October 29, 1979 | Consolidated Merchandising Corp. | 73-1-00322 | Item 544.51 20.5% | Item 688.40 8% | Summary judgment The Englishtown Corporation v. U.S. (C.A.D. 1187) | New York "Lady Webcor" electric make-up mirrors |
| P79/189 | Watson, J. October 31, 1979 | Bell & Howell Company | 76-6-01392 | Item 708.23 12.5% | Items 806.20/708.23 12.5% upon full value of repairs or alterations performed abroad which is $881 | Agreed statement of facts | Chicago P/NO 43604 zoom lens assembly |
| P79/190 | Watson, J. October 31, 1979 | K Mart Corporation | 78-11-02064 | Item 737.95 17.5% | Item A737.15 Free of duty | Agreed statement of facts | New York Models to a scale larger than 1 to 85, produced within Hong Kong |
| P79/191 | Watson, J. October 31, 1979 | WFS Div. Amer. Rec. Grp., Ltd. | 78-10-01732 | Item 389.60 25¢ per lb.+ 15% | Item 735.20 10% | The Newman Importing Co. v. U.S. (C.D. 4648) | Boston Nylon backpacking tents |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P79/192 | Maletz, J. October 31, 1979 | APF Electronics Inc. | 78-7-01287, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | New York "T.V. Games" |
| P79/193 | Maletz, J. October 31, 1979 | The Harben Company | 75-4-00943 | Item 737.80 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | Chicago Music boxes |
| P79/194 | Maletz, J. October 31, 1979 | Nadel Trading Corp. | 78-4-00712 | Item 737.95 17.5% | Item 734.20 Free of duty pursuant to Generalized System of Preferences by virtue of Ex. Order No. 11888 of 11/24/75 | Mego Corp. v. U.S. (C.A.D. 1137) | New York Pin ball games; product of an eligible beneficiary country |
| P79/195 | Maletz, J. October 31, 1979 | North American Foreign Trading Corporation | 78-7-01372 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Chicago T.V. game machines |
| P79/196 | Maletz, J. October 31, 1979 | North American Foreign Trading Corporation | 78-11-01980, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | New York T.V. game machines |
| P79/197 | Maletz, J. October 31, 1979 | Sabrina Knits, Ltd. | 77-2-00152, etc. | Classified and appraised separately as set forth in schedule B attached to decision and judgment (jackets, dresses, jacket-pants, blouses, jumpsuits) | Item 772.30 12.5% (sets classifiable as entireties) Dutiable as entireties on basis of export value; said value is sum of separate invoice unit values | J. C. Penney Purchasing Corporation v. U.S. (C.D. 4671) | New York Ladies 3-piece suits, 2-piece pantsuits, and/or 2-piece suits; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/198 | Boe, J. October 31, 1979 | Enerco, Inc. | 79-4-00618, etc. | Item 475.05 0.125¢ per gal. Item 475.10 0.25¢ per gal. | Not subject to duty under TSUS because it was never imported into U.S. | Hawaiian Independent Refinery v. U.S. (C.D. 4777) | Honolulu Light and heavy gas oil, testing both over and under 25° A.P.I. gravity, manufactured in Foreign Trade Subzone 9A, Honolulu, from crude oil having the status of non-privileged foreign merchandise |
| P79/199 | Boe, J. October 31, 1979 | Hawaiian Independent Refinery | 79-4-00649, etc. | Item 475.05 0.125¢ per gal. Item 475.10 0.25¢ per gal. | Not subject to duty under TSUS because it was never imported into U.S. | Hawaiian Independent Refinery v. U.S. (C.D. 4777) | Honolulu Light and heavy gas oil, testing both over and under 25° A.P.I. gravity, manufactured in Foreign Trade Subzone 9A, Honolulu, from crude oil having the status of non-privileged foreign merchandise |
| P79/200 | Watson, J. November 13, 1979 | S. S. Kresge Co. | 77-7-01161 | Item 389.60 25¢ per lb. + 15% | Item 735.20 10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Longview (Portland, Oreg.) Tents |
| P79/201 | Watson, J. November 13, 1979 | Rollei of America | 77-12-04985 | Item 708.25 20% | Item 722.34 10% | Agreed statement of facts | New York Penta prisms; parts of cameras |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P79/202 | Maletz, J. November 13, 1979 | APF Electronics Inc. | 77-7-01140-8, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Chicago T.V. games |
| P79/203 | Maletz, J. November 13, 1979 | Granada Electronics | 79-3-00417 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | New York T.V. game machines |
| P79/204 | Maletz, J. November 13, 1979 | Lafayette Radio Electronics Corp. | 78-12-02276 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Los Angeles T.V. game machines |
| P79/205 | Maletz, J. November 13, 1979 | Nadel & Sons Toy Corp. | 78-1-00056 | Item 737.90 17.5% | Item 734.20 5.5% | Mego Corp. v. U.S. (C.A.D. 1137) | New York "Plastic slot machine game" |
| P79/206 | Watson, J. November 14, 1979 | Rollei of America, Inc. | 78-9-01596 | Item 708.25 20% | Item 722.34 10% | Agreed statement of facts | New York Prisms; parts of cameras |
| P79/207 | Boe, J. November 19, 1979 | Hawaiian Independent Refinery | 74-9-02332, etc. | Item 475.05 0.125¢ per gal. Item 475.10 0.25¢ per gal. | Not subject to duty under TSUS because it was never imported into U.S. | Hawaiian Independent Refinery v. U.S. (C.D. 4777) | Honolulu Light and heavy gas oil, testing both over and under 25° A.P.I. gravity, manufactured in Foreign Trade Sub-zone 9A, Honolulu, from crude oil having status of non-privileged foreign merchandise |
| P79/208 | Rao, J. November 20, 1979 | The Specialty House, Inc. | 78-9-01695 | Item 372.70 25¢ per lb. + 32.5% | Item 372.10 30% | Agreed statement of facts | New York 100% acrylic shawls, scarves, etc.; lace |
| P79/209 | Maletz, J. November 20, 1979 | DYN Electronics | 78-8-01505, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics, Inc. v. U.S. (C.D. 4784) | Los Angeles T.V. game machines |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED<br>Par. or Item No. and Rate | HELD<br>Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/210 | Richardson, J.<br>November 21, 1979 | Broadway-Hale Stores, Inc. | 75-11-02881 | 10% additional duty for alleged failure to properly mark imports with country of origin under sec. 304, Tariff Act of 1930 (19 U.S.C. § 1304 (1970)) | Merchandise not subject to additional 10% duty; properly marked in compliance with sec. 304, *supra* | Agreed statement of facts | Los Angeles<br>Wallets |
| P79/211 | Rao, J.<br>November 27, 1979 | Iberia Lineas de Espana | 76-9-02035 | Item 694.40<br>5% | Item 804.10<br>Assessment of duty limited to $19,774.94 which is the sum of drawback and T.I.B. duties | Agreed statement of facts | Boston<br>Douglas DC-10-30 aircraft |
| P79/212 | Watson, J.<br>November 28, 1979 | World Famous Sales Co. | 76-8-01797 | Item 389.60<br>25¢ per lb. + 15% | Item 735.20<br>10% | The Newman Importing Co., Inc. v. U.S. (C.D. 4648) | New York<br>Nylon backpacking tents |
| P79/213 | Maletz, J.<br>November 28, 1979 | Shayne Knitwear, Inc. | 77-5-00856 | Item 382.58<br>37.5¢ per lb. + 20% (blouses and pants)<br>Item 772.30<br>12.5% (jackets) | Item 772.30<br>12.5%<br>Dutiable as entireties on basis of export value; said value is invoice unit price | J. C. Penney Purchasing Corporation v. U.S. (C.D. 4671) | New York<br>Ladies 3-piece suits entireties |

| | | | | | | |
|---|---|---|---|---|---|---|
| P79/214 | Boe, J. November 28, 1979 | New York Merchandise Co., Inc. | 77-10-04007 | Item 544.51 26.5% | Item 688.40 9% | The Englishtown Corporation v. U.S. (C.A.D. 1187) | San Diego Travel light make-up mirrors |
| P79/215 | Re, C.J. November 29, 1979 | Studeo International Corp. | 75-11-03006 | Item 705.85 15% | Item 735.05 7.5% | David E. Porter v. U.S. (C.D. 4641) | Los Angeles Motorcross Gloves |
| P79/216 | Maletz, J. November 29, 1979 | Montgomery Ward & Co. | 76-12-02620, etc. | Item 737.90 17.5% | Item 734.20 5.5% | Mego Corp. v. U.S. (C.A.D. 1187) | New York "Pachinko" game machines |
| P79/217 | Re, C.J. November 30, 1979 | Gelmart Industries, Inc. | 78-3-00471 | Item 705.35 15% | Item 734.97 Free of duty | Stonewall Trading Co. v. U.S. (C.D. 4023) | New York Ski gloves, mittens, etc.; products of eligible beneficiary country entitled to GSP treatment |
| P79/218 | Rao, J. November 30, 1979 | Bernard Chaus, Inc. | 78-12-02278 | Item 382.58 20%+37.5¢ per lb. Merchandise assessed with excessive duties | Item 382.58 20%+37.5¢ per lb. Merchandise incorrectly assessed with duties in that $1496.50 in excess duties was assessed through a clerical error in the rate extension | Agreed statement of facts | New York Women's wearing apparel |
| P79/219 | Richardson J. November 30, 1979 | Alltransport, Inc. | 74-11-03162, etc. | Item 708.89 22.5% | Item 708.80 15% | Wild Heerbrugg Instruments, Inc. v. U.S. (C.D. 4767) | New York Microscopy phototubes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P79/220 | Richardson, J. November 30, 1979 | Wild Heerbrugg Instrument, Inc. | 74-11-03069, etc. | Item 708.89 22.5% | Item 708.80 15% | Wild Heerbrugg Instruments, Inc. v. U.S. (C.D. 4767) | New York Microscopy phototubes |
| P79/221 | Maletz, J. November 30, 1979 | The May Department Stores Co. | 75-12-03312, etc. | Item 737.80 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | New York Acrylic music boxes with dancers; lucite piano with dancers, etc. |
| P79/222 | Maletz, J. November 30, 1979 | Albert E. Price, Inc. | 74-11-03274 | Item 737.80 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | Philadelphia Lucite bird cage music boxes, etc. |
| P79/223 | Boe, J. December 12, 1979 | Hugo Stinnes Steel & Metals Co. | 74-4-01101 | Item 948.00 10% supplemental duty | Exempt from supplemental duty | Hugo Stinnes Steel and Metals Co. v. U.S. (C.D. 4753, aff'd C.A.D. 1226) | Detroit Articles of steel |
| P79/224 | Boe, J. December 12, 1979 | Hugo Stinnes Steel & Metals Co. | 74-4-01103 | Item 948.00 10% supplemental duty | Exempt from supplemental duty | Hugo Stinnes Steel and Metals Co. v. U.S. (C.D. 4753, aff'd C.A.D. 1226) | Chicago Articles of steel |
| P79/225 | Watson, J. Decided on remand of C.D. 4685 (C.A.D. 1206) | Mobay Chemical Corp. et al. | 70/35742, etc. | Item 409.00 7¢ per lb. + 45%; 6.3¢ per lb. + 40%; 5.5¢ per lb. + 36% :4.9¢ | Item 405.25 2.8¢ per lb. + 18%; 2.5¢ per lb. + 16%; 2.2¢ per lb. + 14%; 1.9¢ | Agreed statement of facts | New York White or black urethane pastes, which contain no benzenoid pigments, are products formed by condensation, polymeriza- |

| | | | | | | |
|---|---|---|---|---|---|---|
| December 18, 1979 | | | | per lb. + 31%; 4¢ per lb. + 27%; or 3.5¢ per lb. + 22.5% (items marked "A" and "B") | per lb. + 12.5%; 1.6¢ per lb. + 10.5%; or 1.4¢ per lb. + 9% (items marked "A") Item 406.70 40%, 36%, 32%, 28%, 24% or 20% (items marked "B") | tion, or copolymerization of organic chemicals to which plasticizers, fillers, colors, or extenders have been added, and are "plastic materials" within definition of said term as provided for by headnote 3 of subpart C of part 1 of schedule 4, TSUS (items marked "A") |
| | | | | | | All involved urethane pastes other than those described as "black" or "white", which are products obtained, derived, or manufactured in whole or in part from products provided for in subpart A or B of part 1 of schedule 4, TSUS, and are colors, lakes, or toners used only as coloring agents (items marked "B") |
| P79/226 | Maletz, J. December 28, 1979 | North American Trading Corp. oreign | 78-4-00619, etc. | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) Los Angeles T.V. game machines |

# ABSTRACTS OF CUSTOMS COURT DECISIONS

## Reappraisements

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/105 | Watson, J. July 5, 1979 | Ciba Chemical and Dye Company | R66/17020, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.7% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HEAD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/106 | Watson, J. July 5, 1979 | Ciba Chemical and Dye Company | R66/18849, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/107 | Watson, J. July 5, 1979 | Ciba Chemical and Dye Company | R66/25737, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 23.5% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/108 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R65/18913, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/109 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R65/19635, etc. | United States value | U.S., selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HEAD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/110 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R65/22905, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/111 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R66/13549, etc. | United States value | | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
|---|---|---|---|---|---|---|---|
| | | | | | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | | |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/112 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R67/05176, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/113 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R68/13058, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 38.7% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/114 | Watson, J. July 5, 1979 | Geigy Chemical Corporation | R70/00262, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.9% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.36 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/115 | Newman, J. July 17, 1979 | International Importers, Inc. | R65/2594, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/116 | Newman, J. July 17, 1979 | Samuel Shapiro & Co., Inc. Strong Importers, Inc. | 240851-A | Export value | Unit price of $14.50 plus 20% of difference between said $14.50 and appraised value of $17, f.o.b., not packed | Agreed facts statement of | Baltimore Sewing machines |
| R79/117 | Newman, J. July 18, 1979 | Hayim & Co. | R60/22158, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference f.o.b. unit invoice prices and appraised values | Agreed facts statement of | Los Angeles Rugs |
| R79/118 | Newman, J. July 18, 1979 | C. Itoh & Co. (America) Inc. | R61/5883, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed facts statement of | New York Silk piece goods |
| R79/119 | Newman, J. July 18, 1979 | ITT Export Corp. | R64/21794, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/120 | Newman, J. July 26, 1979 | Kippon Kogaku (USA), Inc. | 75-11-03043 | Export value | Invoice unit prices, net packed | Agreed facts statement of | New York Optical microscopes and parts |
| R79/121 | Ford, J. July 26, 1979 | International Importers, Inc. | R62/14417, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |
| R79/122 | Ford, J. July 27, 1979 | Mitsui & Co. Ltd. | R63/61, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/123 | Ford, J. July 30, 1979 | Raytheon Company | R65/19666 | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | New York Electron receiving tubes |
| R79/124 | Newman, J. July 30, 1979 | Wm. E. Wright Co. | 77-1-00117 | Export value | Invoice unit prices | Agreed statement of facts | New York Zippers |
| R79/125 | Boe, J. July 30, 1979 | American Pecco Corporation | 75-5-01354 | Constructed value | Invoice unit value plus 19% | Agreed statement of facts | Tacoma Multipurpose mobile port crane and container carrier |
| R79/126 | Ford, J. July 31, 1979 | California Eastern Laboratories, Inc., et al. | R62/14996, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | San Francisco Electron receiving tubes |
| R79/127 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R62/11611, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | New York Electron receiving tubes |
| R79/128 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R65/6334, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | San Francisco Electron receiving tubes |
| R79/129 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R65/7221, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/130 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R65/7319, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |

| Case | Judge / Date | Company | Reference | Valuation basis | Pricing | Decision | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R79/131 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R65/24512, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/132 | Ford, J. August 2, 1979 | Mitsui & Co. Ltd. | R66/2257, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Philadelphia Electron receiving tubes |
| R79/133 | Ford, J. August 2, 1979 | Oak Mfg. Co. et al. | R65/4131, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/134 | Newman, J. August 2, 1979 | Fleetwood Sewing Machine Co. Ltd. | R58/17966, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R79/135 | Newman, J. August 2, 1979 | Haas Food Mfg. | 78-9-01699 | Export value | Invoice unit values | Agreed statement of facts | New York Dispensers and dispenser heads |
| R79/136 | Newman, J. August 2, 1979 | J. R. McMullen Co., Inc. | 76-1-00190. etc. | Constructed value | Invoiced unit values with currency adjustments, packed, without 12% addition over these amounts | Agreed statement of facts | New York Ladies wearing apparel |
| R79/137 | Newman, J. August 2, 1979 | J. R. McMullen Co., Inc. | 76-1-00193, etc. | Constructed value | Invoiced unit values with currency adjustments, packed, without 12% addition over these amounts | Agreed statement of facts | New York Ladies wearing apparel |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/138 | Newman, J. August 2, 1979 | J. R. McMullen Co., Inc. | 76-3-00693, etc. | Constructed value | Invoiced unit values with currency adjustments, packed, without 12% addition over these amounts | Agreed statement of facts | New York Ladies wearing apparel |
| R79/139 | Newman, J. August 2, 1979 | Reid & Reid (Division of Royal Lynne Ltd.) | 76-1-00202, etc. | Constructed value | Invoiced unit values with currency adjustments, packed, without 12% addition over these amounts | Agreed statement of facts | New York Ladies wearing apparel |
| R79/140 | Newman, J. August 2, 1979 | Transworld Industries, Inc. | R60/2943, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machines |
| R79/141 | Ford, J. August 3, 1979 | Mitsui & Co. Ltd. | R64/21785, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | New York Electron receiving tubes |
| R79/142 | Ford, J. August 3, 1979 | Mitsui & Co. Ltd. | R65/2475, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/143 | Ford, J. August 3, 1979 | Mitsui & Co. (USA), Inc. | R66/19902, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |

| R79/144 | Ford, J. August 7, 1979 | The Magnavox Company | R65/4901, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | San Francisco Electron receiving tubes |
| R79/145 | Ford, J. August 7, 1979 | Mitsui & Co. (USA), Inc. | R62/11215, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/146 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R63/466, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |
| R79/147 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R64/21116, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/148 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R64/21127, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/149 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/1589, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/150 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/2127, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |
| R79/151 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/7075, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/152 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/7212, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/153 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/21052, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Philadelphia Electron receiving tubes |
| R79/154 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R65/24204, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/155 | Ford, J. August 7, 1979 | Mitsui & Co. Ltd. | R66/3194, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/156 | Ford, J. August 7, 1979 | Raytheon Company | R65/6494, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Boston Electron receiving tubes |
| R79/157 | Ford, J. August 7, 1979 | Raytheon Company | R65/9263, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/158 | Re, C.J. August 15, 1979 | Mid-America Shipping Service | 78-3-00473 | Constructed value | $740.80 less prorated nondutiable charges for receiver No. 54621 and $1,111.20 less prorated nondutiable charges for receiver No. 54630, net packed | Agreed statement of facts | Chicago FM radio receivers |
| R79/159 | Ford, J. August 15, 1979 | H & H Customs Clearance Co. et al. | R64/21159, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | New York Electron receiving tubes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/160 | Ford, J. August 15, 1979 | International Expediters, Inc. | R65/23622 | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |
| R79/161 | Ford, J. August 15, 1979 | Nippon Electric New York, Inc. | R65/6389, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | San Francisco Electron receiving tubes |
| R79/162 | Ford, J. August 15, 1979 | Nissei Sangyo Co. Ltd. | R65/15910, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Boston Electron receiving tubes |
| R79/163 | Ford, J. August 15, 1979 | Nissei Sangyo Co. Ltd. | R65/23598, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | Chicago Electron receiving tubes |
| R79/164 | Watson, J. August 15, 1979 | Railway Express Agency, Inc. | R66/22282, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/165 | Watson, J. August 15, 1979 | Railway Express Agency, Inc. | R66/28883, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/166 | Watson, J. August 15, 1979 | Railway Express Agency, Inc. | R67/6571, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dye- | U.S. v. Geigy Chemical Corporation et al. | New York Benzenoid dyestuffs |

| R79/167 | Watson, J. August 15, 1979 | Railway Express Agency, Inc. | R67/7238, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| | | | | | stuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | | |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/168 | Watson, J. August 15, 1979 | Railway Express Agency, Inc. | R68/982 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/169 | Maletz, J. August 15, 1979 | J. C. Penney Company, Inc., et al. | R67/13217 | Export value | Appraised values, less charges listed on invoices encompased by the entry papers as "buying commissions" or "handling commissions" | Judgment on the pleadings | San Francisco; Wilmington, N.C.; Norfolk Various articles |

| | | | | | | Agreed statement of facts | Los Angeles Sewing machine heads |
|---|---|---|---|---|---|---|---|
| R79/170 | Newman, J. August 15, 1979 | Nichimen Co., Inc. | R63/6554, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | | Los Angeles Sewing machine heads |
| R79/171 | Watson, J. August 23, 1979 | Ciba Chemical and Dye Company | R67/3313, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/172 | Watson, J. August 23, 1979 | Ciba Chemical and Dye Company | R69/11140, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 38.7% representing profit and general expenses usually made in U.S, on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/173 | Re, C. J. August 30, 1979 | Hayim & Co. | R60/3175, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |

| R79/174 | Re, C. J. August 30, 1979 | Hayim & Co. | R60/4655, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
|---|---|---|---|---|---|---|---|
| R79/175 | Re, C. J. August 30, 1979 | Hayim & Co. | R61/2338, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R79/176 | Re, C. J. August 30, 1979 | Hayim & Co. | R62/1225, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice price and appraised values | Agreed statement of facts | New York Rugs |
| R79/177 | Re, C. J. August 30, 1979 | Kurt Orban Co., Inc. (New Jersey High Carbon Wire Corp.) | R70/1044, etc. | Export value | Appraised values be calculated by deducting the following cost items from the C and F prices: ocean freight (free in, free out); loading charges in Japan from barge to vessel; estimated discharging costs from vessel to pier in Detroit and New Orleans; survey and tally fees; and other various charges (insurance, agency fees, etc.) except for the amount of lighterage shown on consumption entry 117598 | Kurt Orban Co., Inc. v. U.S. (C.A.D. 1209) | Detroit; New Orleans Steel bars |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/178 | Richardson, J. August 30, 1979 | National Silver Company | 73-7-01881 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R79/179 | Ford, J. September 6, 1979 | Raytheon Company | R64/23863, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Boston Electron receiving tubes |
| R79/180 | Watson, J. September 6, 1979 | Ciba Chemical and Dye Company | R66/19713, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 23.5% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/181 | Watson, J. September 11, 1979 | Ciba Chemical and Dye Company | R66/15673 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York | Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/182 | Watson, J. September 11, 1979 | Ciba Chemical and Dye Company | R66/20780, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 24.2% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/183 | Watson, J. September 11, 1979 | Ciba Chemical and Dye Company | R66/23805, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 24.2% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS. | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/184 | Watson, J. September 11, 1979 | Ciba Chemical and Dye Company | R67/12779 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/185 | Watson, J. September 11, 1979 | Railway Express Agency | R67/6573, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 24.2% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
|---|---|---|---|---|---|---|---|

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/186 | Watson, J. September 11, 1979 | Railway Express Agency | R68/5923, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 38.7% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/187 | Ford, J. September 20, 1979 | Mitsui & Co. Ltd. | R63/2203 | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | New York Electron receiving tubes |
| R79188 | Ford, J. September 20, 1979 | Mitsui & Co. Ltd. et al. | R64/15599, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |

| | | | | | | |
|---|---|---|---|---|---|---|
| R79/189 | Richardson, J. September 24, 1979 | Knickerbocker Toy Co., Inc. | 77-5-00844, etc. | Export value | Invoiced unit values plus cost of material assists furnished by importer as reflected in entry papers | Agreed statement of facts | New York Dolls, toys, etc. |
| R79/190 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | 287304-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/191 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | 289408-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars and binocular cases |
| R79/192 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R58/5287, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/193 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R59/5231, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars and binocular cases |
| R79/194 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R59/5233, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars and binocular cases |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/195 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R59/8426, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/196 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R59/14284, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/197 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R60/8288, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/198 | Richardson, J. September 24, 1979 | Southern Precision Instrument Company | R61/5785, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/199 | Landis, J. September 24, 1979 | RCA Victor Mexicana SA et al. | R65/15688, etc. | Constructed value | As set forth on schedule C attached to decision and judgment | Brown, Alcantar & Brown, Inc., et al. v. U.S. (A.R.D. 306) | Los Angeles Phonograph records |
| R79/200 | Newman, J. September 24, 1979 | Yoshida International Inc. | 72-1-00143 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York Zippers and/or zipper parts |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/201 | Ford, J. September 27, 1979 | Fujl-Land, Inc. | R65/15933, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Boston Electron receiving tubes |
| R79/202 | Ford, J. September 27, 1979 | Fujl-Land, Inc. | R65/19372, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | Chicago Electron receiving tubes |
| R79/203 | Richardson, J. September 27, 1979 | Bus and Truck Supply Co. | 72-11-02451, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | Houston Inter-city passenger buses |
| R79/204 | Richardson, J. September 27, 1979 | Bus and Truck Supply Co. | 73-2-00558, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/205 | Richardson, J. September 27, 1979 | Bus and Truck Supply Co. | 73-3-00708, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/206 | Richardson, J. September 27, 1979 | Bus and Truck Supply Co. | 77-7-01148 | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/207 | Maletz, J. September 27, 1979 | Sercel Incorporated | 75-6-01533, etc. | Export value | Invoice unit values plus 50% of difference between invoice unit values and appraised values | Agreed statement of facts | Houston Seismographs and parts thereof |
| R79/208 | Richardson, J. October 4, 1979 | Southern Precision Instrument Company | R59/16583, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |
| R79/209 | Richardson, J. October 4, 1979 | Page & Jones Inc. | 77-4-00662 | Constructed value | Invoiced unit values | Agreed statement of facts | Mobile Steel components for electrical transmission towers |

| | | | | | | |
|---|---|---|---|---|---|---|
| R79/210 | Richardson, J. October 4, 1979 | American Express Company, a/c Bus & Truck Supply Company | R66/2514, etc. | Constructed value | $21,466.80 plus value determined on appraisement of components furnished to Bus and Car Co. without charge by Western Sales, Ltd., less amount of any damage allowed in appraisement, plus or minus any adjustments made on appraisement for components or parts added to or omitted from a particular shipment, and less the value of components of U.S. origin | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/211 | Richardson, J. October 10, 1979 | Transworld Shipping | R65/23348, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R79/212 | Richardson, J. October 11, 1979 | Brother International Corp. | R65/16180 | Export value | Appraised unit values less 7.5%, net packed | Agreed statement of facts | Longview (Portland) Sewing machines and wooden consoles |
| R79/213 | Richardson, J. October 11, 1979 | Southern Precision Instrument Company | R58/19679, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Antonio (Laredo) Binoculars |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/214 | Ford, J. October 19, 1979 | California Eastern Laboratories, Inc. | R65/1780, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed statement of facts | San Francisco Electron receiving tubes |
| R79/215 | Watson, J. October 19, 1979 | Ciba Chemical and Dye Company | R65/21000, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R79/216 | Watson, J. October 19, 1979 | Ciba Chemical and Dye Company | R66/21612 | United States value | | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
|---|---|---|---|---|---|---|---|
| | | | | | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | | |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/217 | Watson, J. October 19, 1979 | Railway Express Agency, Inc. | R67/9104, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R79/218 | Newman, J. October 23, 1979 | Yoshida International | R70/1875, etc. | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York Zippers and/or zipper parts advisorily classified under item 745.70, 745.72 or 745.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/219 | Newman, J. October 25, 1979 | YKK Zipper Co., Inc. | 72-3-00516 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Dallas (Houston) Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R97/220 | Newman, J. October 25, 1979 | YKK Zipper (USA), Inc., et al. | 72-4-00762 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Dallas (Houston) Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/221 | Newman, J. October 25, 1979 | YKK Zipper (USA), Inc., et al. | 72-4-00914 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/222 | Newman, J. October 25, 1979 | YKK Zipper (USA), Inc. | 72-5-01164 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/223 | Newman, J. October 25, 1979 | YKK Zipper, Inc. | 72-8-01821 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Chicago Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/224 | Newman, J. October 25, 1979 | YKK Zipper, et al. | 72-9-01959, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed statement of facts | Chicago Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/225 | Newman, J. October 25, 1979 | YKK Zipper (Calif), Inc., et al. | 73-7-01774, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed statement of facts | Los Angeles Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/226 | Watson, J. October 31, 1979 | Sumitomo Shoji America, Inc. | 77-2-00219 | United States value | Net resale price in U.S., less deductions included in appraisement, with additional deduction of 5% for overhead and profit | Agreed statement of facts | New York "Sumithion 8E" |
| R79/227 | Rao, J. November 14, 1979 | Bus and Truck Supply Co. | 76-9-01985 | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | Houston Inter-city passenger buses |
| R79/228 | Rao, J. November 14, 1979 | Yoshida International, Inc. | 73-7-01864 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Los Angeles; New York Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |

| | | | | | | Agreed facts statement of | |
|---|---|---|---|---|---|---|---|
| R79/229 | Ford, J. November 14, 1979 | International Standard Electric Corp. | R65/3703, etc. | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/230 | Ford, J. November 14, 1979 | Westinghouse Electric Corp. | R67/14454 | United States value | F.o.b. unit invoice prices plus 50% | Agreed facts statement of | New York Electron receiving tubes |
| R79/231 | Watson, J. November 14, 1979 | YKK Zipper Inc. | 72-8-01876 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed facts statement of | Chicago; Los Angeles Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/232 | Newman, J. November 14, 1979 | YKK Zipper (USA), Inc., etc. | 72-11-02291 | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed facts statement of | Dallas (Houston); Houston; Los Angeles Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/233 | Newman, J. November 14, 1979 | YKK Zipper (Illinois), Inc. | 72-12-02610 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed facts statement of | Chicago; New York Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/234 | Newman, J. November 14, 1979 | YKK Zipper (Calif.), Inc. | 72-12-02617 | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed facts statement of | Los Angeles; Seattle Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/235 | Rao, J. November 15, 1979 | Bus and Truck Supply Co. | 76-9-02143, etc. | Export value | Appraised values less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/236 | Rao, J. November 19, 1979 | American Express Company, a/c Bus & Truck Supply Company | R66/2259, etc. | Constructed value | $21,466.80 plus value determined on appraisement of components furnished to Bus and Car Co. without charge by Western Sales, Ltd., less amount of any damage allowed in appraisement, plus or minus any adjustments made on appraisement for components or parts added to or omitted from a particular shipment, and less value of components of U.S. origin . | Agreed statement of facts | New Orleans Inter-city passenger buses |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/237 | Rao, J. November 19, 1979 | American Express Company, a/c Bus & Truck Supply Company | R66/2265, etc. | Constructed value | $21,466.80 plus value determined on appraisement of components furnished to Bus and Car Co. without charge by Western Sales, Ltd., less amount of any damage allowed in appraisement, plus or minus any adjustments made on appraisement for components or parts added to or omitted from a particular shipment, and less value of components of U.S. origin | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/238 | Rao, J. November 19, 1979 | American Express Company, a/c Bus & Truck Supply Company | R66/2269, etc. | Constructed value | $21,466.80 plus value determined on appraisement of components furnished to Bus and Car Co. without charge by Western Sales, Ltd., less amount of any damage allowed in appraisement, plus or minus any adjustments made on appraisement for components or parts added to or omitted from a particular shipment, and less value of components of U.S. origin | Agreed statement of facts | New Orleans Inter-city passenger buses |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/239 | Rao, J. November 20, 1979 | Bus and Truck Supply Co. | 76-1-00091, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/240 | Rao, J. November 20, 1979 | Robert M. McCoy, a/c Bus and Truck Supply Co. | 75-10-02573 | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | Jacksonville (Tampa) Inter-city passenger buses |
| R79/241 | Rao, J. November 20, 1979 | YKK Zipper et al. | 74-7-01746, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed. Equal to invoiced unit prices, net, packed | Agreed statement of facts | Los Angeles Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/242 | Newman, J. November 20, 1979 | Yoshida International Inc. et al. | 73-5-01140, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed. Equal to invoiced unit prices, net, packed | Agreed statement of facts | New York; Chicago; Los Angeles Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/243 | Rao, J. November 21, 1979 | Bus and Truck Supply Co. | 73-1-00077 | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | Houston Inter-city passenger buses |
| R79/244 | Rao, J. November 21, 1979 | Bus and Truck Supply Co | 75-3-00712, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |
| R79/245 | Rao, J. November 21, 1979 | YKK Zipper, Inc. | 73-4-00890 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Chicago; Los Angeles Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/246 | Newman, J. November 21, 1979 | YKK Zipper, Inc. | 73-4-00919 | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed statement of facts | Chicago; Los Angeles Zipper and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/247 | Watson, J. November 27, 1979 | YKK Zipper Co., Inc., Yoshida Int'l. Inc. | 72-11-02395 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Los Angeles; Dallas Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/248 | Rao, J. November 28, 1979 | Yoshida Int'l. Inc., et al. | 73-1-00334, etc. | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York; Los Angeles Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/249 | Watson, J. November 28, 1979 | YKK Zipper (Calif.), Inc., et al. | 72-12-02615, etc. | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Los Angeles Zippers and/or zipper parts classified under item 745.70, 745.72 or 745.74 |
| R79/250 | Watson, J. November 28, 1979 | Yoshida International, Inc. | 72-9-01965 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | New York; Los Angeles; Dallas Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/251 | Ford, J. December 4, 1979 | Control Data Corp. | R67/4673, etc. | Constructed value | Per unit values as set forth in schedule attached to decision and judgment | Control Data Corporation v. U.S. (C.A.D. 1132) | Minneapolis Inner memory, outer memory, memory, and extended core storage plane assemblies; torodial coils |

| R79/252 | Landis, J. December 4, 1979 | Mitsubishi International Corp. | R68/8242 | Constructed value | Total purchase price ($70,256) less ocean freight ($7,741) plus assists ($6,464) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
|---|---|---|---|---|---|---|---|
| R79/253 | Landis, J. December 4, 1979 | Mitsubishi International Corp. | R68/8243 | Constructed value | Total purchase price ($87,820) less ocean freight ($9,565) plus assists ($8,622) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
| R79/254 | Landis, J. December 4, 1979 | Mitsubishi International Corp. | R68/8246 | Constructed value | Total purchase price ($52,692) less ocean freight ($5,765) plus assists ($4,856) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
| R79/255 | Landis, J. December 4, 1979 | Seaway Forwarding Co. | R68/8241 | Constructed value | Total purchase price ($109,200) less ocean freight ($11,552) plus assists ($9,690) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
| R79/256 | Landis, J. December 4, 1979 | Seaway Forwarding Co. | R68/8244 | Constructed value | Total purchase price ($300,000) less ocean freight ($33,633) plus assists ($20,496) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
| R79/257 | Landis, J. December 4, 1979 | Seaway Forwarding Co. | R68/8245 | Constructed value | Total purchase price ($109,200) less ocean freight ($12,374) plus assists ($9,690) | Agreed statement of facts | Cleveland Mechanical equipment (punch presses) |
| R79/258 | Re, C.J. December 12, 1979 | Rosewood Fabrics, Inc. | 78-7-01292 | Export value | Invoice unit values | Agreed statement of facts | New York Polyester knit fabrics |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | FIELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R79/259 | Re, C. J. December 12, 1979 | YKK Zipper YKK Zipper (USA), Inc. | 74-10-02741 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | San Francisco-Oakland (San Francisco) Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/260 | Re, C. J. December 12, 1979 | YKK Zipper Co. et al. | 73-9-02661, etc. | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Los Angeles Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/261 | Re, C. J. December 12, 1979 | YKK Zipper, Inc. | 72-8-01841 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed | Agreed statement of facts | Chicago Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/262 | Re, C. J. December 12, 1979 | YKK Zipper (Ill), Inc. | 72-8-01877 | Constructed value | Equal to invoiced unit prices plus 8.5%, net, packed . | Agreed statement of facts | Chicago Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/263 | Re, C. J. December 12, 1979 | YKK Zipper (Mo), Inc. YKK Zipper Co. | 75-1-00194, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed statement of facts | Chicago Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R79/264 | Re, C.J. December 18, 1979 | Belcrest Linens, Inc. | 76-11-02432, etc. | Constructed value | Invoice unit values plus an additional 5% of costs for materials and for shipping materials from place of manufacture of materials to place of manufacture of finished imported product (Hong Kong) | Agreed statement of facts | New York Dry goods |
| R79/265 | Newman, J. December 18, 1979 | Yoshida International, Inc. YKK Zipper (USA), Inc., et al. | 73-8-02132, etc. | Constructed value (if exported from Japan prior to 2/1/72) United States value (if exported on or after 2/1/72) | Equal to invoiced unit prices plus 8.5%, net, packed Equal to invoiced unit prices, net, packed | Agreed statement of facts | New York Zippers and/or zipper parts, classified under item 745.70, 745.72 or 745.74 |
| R79/266 | Re, C.J. December 28, 1979 | Bus and Truck Supply Co. | 73-2-00570, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | New Orleans Inter-city passenger buses |

# ABSTRACTS OF CUSTOMS COURT DECISIONS

## Valuation Decisions on Remand from Protest Proceedings

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | PROTEST NO. | BASIS OF VALUATION | UNIT OF VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| V79/1 | Ford, J. September 11, 1979 | Mitsui & Co., Ltd. | 65/7458 (C.D. 3330) | Foreign value | Represented by the values in Japanese currency noted in red ink by the customs examiner, plus 200 yen per cubic foot export packing, except that the export value of tu e 6X8 amounts to $0.4132 each, net packed | Daystrom, Inc., et al. v. U.S. (C.A.D. 920) | New York Electron receiving tubes |